IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL HAMES, JR.                                                                                                 PLAINTIFF

vs.                      Case No. 3:14-cv-00238 JTK

CAROLYN COLVIN, *Acting Commissioner*,
Social Security Administration                                                              DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 16th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE